UNITED STATES DISTRICT COURT
Southern district of New York

Latee, Robinson #06A1498, pro-se, plaintiff

- against -

16-cv-351

Correctional officers John Doe - Jane Doe, sergeant John Doe,
Sergeant Edward, Superintendent micheal Sheahan, Inmate
Grievance program Supervisors ms. H. Martin, ms. S. King,
medical doctor welsey canfield, medical physician assistant
Ben oakes, medical physician assistant John Doe, medical
register nurses Jane Doe - John Doe, anthony J. annucci
acting commissioner, psychiatrist Doctor Jose Gonzalez,
unit chief Dolly, clinician Lmsw-2 Jane Doe, dermatalogist Jane
Doe John Doe, medical doctors each is sued in his/her persons,
individuals, officials capacities Defendants

AMENDED civil complaint
under the civil rights Act, 42 U.S.C. 1983
civil action case No. 1:16-cv-00351-FPG

Jury trial by Jury requested demand by Latee Robinson
#06A1498, pro-se, plaintiff in the above-captioned civil
rights action case allege as Follow:

## Jurisdiction

1. This is a civil rights case action seeking relief and/or
demand For compensation condictions injuries/damages
past present and Futurely to defend and protect the rights
guaranteed by the States and Federal constitution
of the united States. This court has Jurisdiction over
this action pursuant to 28 U.S.C. 1331, 1343 (3) and (4) and
2201, over presiding over defendants correctional officers
John Doe - Jane Doe, sergeants John Doe, Sergeant Edward,

1

Superintendent Micheal Sheahan, Inmate Grievance Program Supervisors ms. H. martin, ms, s, King, Medical doctor Welsey Canfield, Medical physician assistant Ben Oakes, medical physician assistant John Doe, Medical register nurses Jane Doe - John Doe et al Southport C.F. in collaboration with anthony J, annucci acting Commissioner central office N.Y.S, D.O.C.C.S, Albany, NY 12226, in collaboration with annexpa psychiatrist Doctor Jose Gonzalez, C.N.Y.P.C, p.o. BOX 300 marcy, NY 14303, in Collaboration with unit chief Dolly, Clinician LMSW-2 Jane Doe, C.N.Y.P.C, mental health unit at Southport C.F, in collaboration with dermatalogist John Doe at lake LSeg walsh RMU mohawk c.f, in collaboration with medical doctors John Doe, dermatalogist John Doe, - Jane Doe at arnot ogden medical center hospital 600 Roa Ave Elmira, NY 14905, in collaboration with medical doctors John Does, dermatalogist Jane Doe at suny upstate medical university hospital, 750 East, Adam Street syracuse, NY 13210.

Parties

2. Latee, Robinson #06A1498, pro-se, plaintiff address at: Southport correctional Facility p.o. Box pine city, NY 14871

3. A. Defendants: John Doe - Jane Doe
official position: correctional officers
address: Southport correctional medical facility p.o. Box 2000
pine city, NY 14871

B. Defendants: John Doe
official position: sergeants
address: Southport correctional Facility p.o. Box 2000
pine city, NY 14871

2

C. Defendant: Sergeant edward
   Official position: sergeant
   address: Southport Correctional Facility, P.O.Box 2000
   pine city, NY 14871

D. Defendant: micheal Sheahan
   Official position: Superintendent
   address: Southport Correctional Facility p.o.Box
   2000 pine city, NY 14871

E. Defendant: H. martin
   Official position: Inmate Grievance program Supervisor
   address: southport correctional facility p.o.Box
   2000 pine city, NY 14871.

F. Defendant: S. King
   Official position: Inmate Grievance program Supervisor
   address: Southport Correctional Facility p.o.Box 2000
   pine city, NY 14871

G. Defendant: velsey canField
   Official position: medical doctor
   address: Southport Correctional Facility p.o.Box 2000
   pine city, NY 14871

H. Defendant: Ben oakes
   Official position: medical physician assistant
   address: Southport Correctional Facility p.o.Box 2000
   pine city, NY 14871

I. Defendant: John Doe
   Official position: medical Physician assistant
   address: southport correctional Facility p.o.Box
   2000 pine city, NY 14871

3

J. Defendants: Jane Doe – John Doe
official position: medical register nurses
address: Southport Correctional Facility p.o. Box 2000
Pine City, NY 14871.

K. Defendants: anthony J. annucci
official position: acting commissioner
address: southport correctional facility New York State
Department of corrections and Community Supervision
The harriman state office campus, 1220 washington Ave
Albany, NY 12226.

L. Defendant: psychiatrist doctor Jose Gonzalez
official position: psychiatrist Doctor
address: Central New York Psychiatric center, p.o.
Box 300 marcy, NY 14303

M. Defendant: Dolly
official position: unit chief
address: central New York psychiatric center mental
health unit at Southport Correctional Facility 236 BoB
masia Drive p.o. Box 2000 pine city, NY 14871

N. Defendant: Jane Doe
official position: clinician LMSW-2
address: central New York psychiatric center mental
health unit at southport Correctional Facility 236
BoB masia Drive p.o. Box 2000 pine city, NY 14871

O. Defendant: Jane Doe – John Doe
official position: dermatalogist
address: arnot ogden medical center 600 Roa Ave Elmira
, NY 14905

4

P. Defendants: John Doe
official position: medical doctors
address: arnot ogden medical center 600 Roa Ave Elmira
, NY 14905

Q. Defendants: John Doe
official position: medical doctors
address: suny upstate medical university hospital 750
East Adams street syracuse, NY 13210

R. Defendant: Jane Doe
official position: dermatalogist
address: suny upstate medical university hospital 750
East adams street syracuse, NY 13210

S. Defendant: John Doe
official position: dermatalogist
address: Walsh Rmu mohawk correctional facility 6514
Route 26, Rome, NY 13440.

4. Place of present confinement
a. is there a prisoner grievance procedure at this facility?
yes
b. If your answer to 4.a is yes, did you present the facts
relating to my complaint in this grievance program?
If your answer to 4b is yes,
(1) what step did you take? From october 2015 to December 2015
I was unable to write with my hands in extreme pain I request
assistant to assist me document Inmate Grievance complaints
denied by I.G.P.S. ms. H.martin making round B-11-gallery while I
housed B-11-20cell and From January 2016 to march 2016 I was
unable to write with my hands in extreme pain I request
assistant to assist me document Inmate Grievance
complaints denied by I.G.P.S. ms.S. King making round c-10. gallery
while I housed c-10-12cell, sometime in march 10-2016 I was
able to write with my hands in pain but not in extreme pains

5

I written late Inmate Grievance complaints.
(ii) whaT was the Final result of my grievance? Grievance No,
Spt-61960-16 title of Grievance omH medication issue
Superintendents response I return timely to Inmate
Grievance program I been denied response of IGRC decision,
I been denied timely appeal to central office review
Committee by Inmate Grievance program and replaced
my Superintendent's response For redacted Superintenlents
Signatuve and area my grievant Signatuve date blank
in conspiracy retaliation against me, The following denied
For central office Review Committe;
Grievance No, spt-62824-16 title of grievance omH whats bipolar
medication,
Grievance No. spt-62833-16 title of grievance wants IGPS to assist
mHa referral,
Grievance No, Spt-62815-16 title of grievance omH issue copy progress
notes,
The following appeals appealing to response of IGRC, superintendents
response and central office review committee:
Grievance No. Spt-62748-16 unable to read title of grievance
Grievance No, spt-62748-16 title of grievance proble with penis
Grievance No, Spt-62747-16 title of grievance wants refills
Grievance No, Spt-62675-16 unable to read title of grievance
Grievance No, Spt-62800-16 title of grievance permit for metal
detector
Grievance No, spt-62826-16 title of grievance Appeal not processed
Grievance No, Spt-62825-16 title of grievance wants issue documented
Grievance No, Spt-62432-16 title of grievance Itchy
Grievance No, spt-62791-16 title of grievance improper investigation
Grievance No, Spt-62738-16 title of Grievance put up mail while grievant
sleeps
Grievance No, spt-62737-16 title of grievance not receiving disbursement
receipts
Grievance No, spt-62624-16 title of grievance Disagree with grievance
investigation
Grievance No, spt-62611-16 title of grievance Disagrees with current
medical care

6.

Grievance No. Spt-62467-16 I am unable to read title of grievance

Grievance No. Spt-62433-16 title of Grievance No help from IGPS

Grievance No. Spt-62618-16 title of Grievance wants interview for Grievance Filed.

Grievance No. Spt-62274-16 title of Grievance wants to file a late grievance

Grievance No. Spt-62367-16 title of Grievance Legal mail not processed properly

Grievance No. Spt-62266-16 title of Grievance Failure to Follow request

Grievance No. Spt-62570-16 title of Grievance Legal mail Lost

Grievance No. Spt-62500-16 title of Grievance Legal mail taken

Grievance No. Spt-62527-16 title of Grievance legal mail opened

Grievance No. Spt-62590-16 title of Grievance missing legal mail

Grievance No. Spt-62515-16 title of Grievance claims side effects

Grievance No. Spt-62838-16 title unable to read title of Grievance

5. Previous Lawsuits
a. Have I Filed other Lawsuit in State or Federal court relating to my imprisonment? Yes.

b. If my answer to 5a is yes I must describe any and all lawsuits, currently pending or closed in the space below:

7

I can't explain the detail to closed court of claims in the State of New York clerk office have the record. I have currently pending claim NO. 127841, Claim NO. 127842-A,

I can't explain the detail currently pending supreme court oneida county civil action case Number none, CA2016-001098, RJI index No. Judge clark,

I can't explain the detail closed civil complaints with united States district court southern, northern, and western district our New York clerk office have the record.

I can't explain the detail closed crimil civil complaint with united States district court Southern district of New York.

## Facts

Note! I must include allegations of wrongful conduct as to each and every defendants in my civil complaint,

1. I, discoverged claim accurued on date 3-10-16 by dermatalogist John Doe at walsh Rmu Mohawk C.F. The dermatalogist undocumented to explaining psychiatric medication tegretol to cause the negative side effect condiction unable to write with my hand, unable to see clearly, unable to sleep, unable to drink, unable to eat and starving, rash all over my face and body everywhere, itchingness all over my face and body everywhere, lost color of my skin face and body everywhere, lost of taste with my tongue, lost of smell with my nose, lost of stimualation unable to get hard on with my genital penis, lost of my memory events, sores in my mouth on my lips, on my tongue on my back on my genital penis, pains in my hands, back, neck, chest, migraine, my skin to burns with my face and body everywhere by state issue soaps, commissary buy soaps, lotions, deodorants, shampoos, hospitols soapy washcloth, deodorants, shampoos and soaps, taking bird bath in sink water, showers, bunket off/on throughts feelings to commit suicidual and negative side

8

effects to psychiatric medication name tegretol
attempt to cause me a Fatal death.
The dermatalogist John Doe undocumented reason why to
discontinued psychiatric medication Name tegretol adequate
treatment for my angry bipolar and denied to prescrib substit
-ute psychiatric medication adequate treatment for my
angry bipolar
The dermatalogist John Doe undocumented reason Why
to prescribed medical medication name triderm onitment
for my itchingness all over my Face and body everwhere and
the itchingness may never go away
The dermatalogist John Doe Failure to prescribedmedical
medication adequate treatment for my skin burns by States
issue soaps, commissary buy soaps, lotions, shampoos deodorants,
to my face and body everywhere taking and hospitol soapy wash
cloth, soaps, shampoos, deoderants to my face and body
everywhere taking bird bath in sink water, bunke t water, and
shower.
The dermatalogist John Doe undocumented information
to Steven Johnson syndrome and documented diagnosis Steven
Johnson Syndrome.

2. 10-19-15, I had an call out with clinician Lmsw-2 Jane Doe and
television conferance with psychiatrist Doctor Jose Gonzalez
Stated I should receive negative side effect to report to
mental Health staffs, or medical register nurses or security
staffs and etc. psychiatrist Doctor Jose Gonzalez never
explained what I to expect to watch out for negative
Side effect by psychiatric medication name tegretol adequate
treatment for my angry bipolar. psychiatrist Doctor Jose Gonzalez
discontinued psychiatric medication Name Zyprexa adequate
treatment for my angry bipolar from the year 2013 to 2015 discontinued
with lies against me to I never stated psychiatric medication Zyprexa
not working complete lies and I been to outpatient-inpatient mental

9

health treatment program in Society and psychiatrist Doctor Jose Gonzalez Familiar and aware how I been not receiving multi penltyies disciplinary tier I, II, and III hearings From the year 2013 to 2015 to present because I was receiving psychiatric medication Zyprexa adequate treatment for my angry bipolar, I would been on psychiatric medication Zyprexa from the year 2006 to 2013 to present I would never receive multi penltyies disciplinary tier I, II, and III hearing history should be expunged because from the year 2006 to 2013 to present I been denied psychiatric medication adequate treatment For my angry bipolar by mental health treatment team at C.N.Y.P.C. mental health unit at Green haven c.F., Upstate c.F., Great Meadow city, Five points c.F., Elmira c.F., Southport c.F., Attica c.F., Auburn city, Clinton c.F. when New York central New York psychiatric center in collaboration with New York state department of correctional services, and New York State Department of corrections and community supervision while I am in the custody state inmate #06A1998, #99A2768, #97R0719 and criminal charges history to NYSSID# 7758674-11.

3. In November 2015 my mental health record progress notes destoryed to document call out with me and psychiatrist Doctor Jose Gonzalez denied to change psychiatric medication tegretol For substitute another adequate treatment For my angry bipolar and psychiatrist Doctor Jose Gonzalez annoyed my complaint not Feeling well I have a rash and itchinginess all over my Face and body everywhere, unable to write with my hand, unable to see clearly, unable to sleep, unable to drink, unable to eat and starwing, sores in my mouth on my lips on my tongue on my back on my genital penis, extreme pains in my hands, back, chest, neck, migraine, and off/on throughts Feeling to commit suicidual and my complaint to security staffs, mental health staffs, medical register nurses will tell me to continue

10

to take psychiatric medication tegretol is psychiatrist
Doctor Jose Gonzalez orders, but psychiatrist Doctor Jose
Gonzalez increased psychiatric medication tegretol from 20mg
to 800mg adequate treatment for my angry bipolar and on
12-7-15 and 12-14-15 progress notes by psychiatrist Doctor
Jose Gonzalez lied against me, and on 12-14-15, psychiatrist
Doctor Jose Gonzalez never seen me at in filmany at
Southport C.F. and between December 2015 to 7-15-16, reason
psychiatrist Doctor Jose Gonzalez never documented
why to discontinued psychiatric medication tegretol and
unprescribed substitute psychiatric medication adequate
treatment for my angry bipolar.

4, on 7-15-16 I receive call out with television confelance
with psychiatrist Doctor Jose Gonzalez to tell me I will
no longer to be seen by Jose Gonzalez, to tell me to bring my
complaints and request for psychiatric medication adequate
treatment for my angry bipolar to my next call out with the
new psychiatrist Doctor. So psychiatrist Doctor Jose Gonzalez
does't care how I am suffering and struggling to continue
a positive behavior for over six months and not to commit
suicidual.

5. In november 2015 my request for progress note call out
at 5Block with me and clinician Lmsw-2 Jane Doe denied to
help assist me with my complaint of condiction injuries damages
of unable to write with my hands in extreme pains, unable to see
clearly, unable to sleep, unable to drink, unable to eat and starving,
rash and itchingness all over my face and body everywhere, sores in my
mouth on my lips on my tongue on my back and offion throughts feeling
to commit suicide I was denied medical-mental health service to be
returned to B-11-20cell and undocumented.

6, From october 2015 to December 2015 while I was housed B-11-20
cell and food handling correctional officers John Doe-Jane Doe would
undocumented my complaints I am unable to drink and unable to
eat and been starving.

11

6. From october 2015 to December 2015 while I was housed B-11-2ocell I complained and I am unable to write with my hands in extreme pains, unable to see clearly, unable to sleep, unable to drink, unable to eat and starving, sores in my mouth on my lips on my tongue on my back, rash and itchingness all over my face and body everywhere, pains in my back, hands, chest, neck, migraine, and off/on throughts feeling to commit Suicide to whom making rounds Inmate Grievance program Supervisor. H. martin, sergeants John Doe, unit chief Dolly with escorting correctional officers John Doe, medical register nurses Jane Doe-John Doe with escorting correctional officers, Jane Doe-John Doe, and clinician LMSW-2 Jane Doe with escorting correctional officers John Doe-Jane Doe and to be undocumented I remain to B-11-2ocell.

7. From January 2016 to march 2016 while I was housed C-10-12cell I complained I am unable to see clearly unable to write with my hand in extreme pains, lost of taste with my tongue, lost of smell with my nose, lost of memory events, lost of stimualation unable to get a hard on with my genital penis, lost of my skin color, pains in my hands, back, chest, neck, and unable to eat normally and unable to control my negative behavior my angry bipolar to whom unable to control my negative behavior my angry bipolar to whom making rounds by Inmate Grievance program supervisor S. King to assist and undocumented.

8 On 7-21-16 I was seen by clinician LMSW-2 ms. Gilmore with tele-vision conference New psychiatrist Doctor John Doe to reschedule because they did't have my chart and asked me will I be okay to the next call out and my response was yes I be okay I try my best to be okay.

9. In November 2015 or December 2015 while I was housed B-11-2ocell Sergeant Edward making rounds Stop when I verbally complained my Condiction injuries and damages sergeant Edward response was you think I forgot what you done to me in the past throwing shit on me ha ha oh the superintendent micheal sheahan knows he on

12

mine team not your team and Sergeant Edward walked away from me at B-11-20 cell

10. between F.O.I.L. office Southport C.F. and anthony J. annucci acting commissioner central office Albany, NY 12226 my request to be provided B-block log book from october 2015 to December 2015 for B-11-gallery exact dates, asign duty, making rounds and the names of clininican Lmsw-2 Jane Doe, unit chief Dolly, escorting correctional officers John Doe-Jane Doe, medical register nurses Jane Doe-John Doe, Sergeants John Doe, Sergeant Edward, correctional officers John Doe-Jane Doe Food handler, correctional officers John Doe-Jane Doe, Superintendent micheal Shea han, I 6PS H. Martin, denied for review, and sick call slips

11. medical records dept Southport C.F. denied my request to review sick call slips from october 2015 to December 2015 by receiving no call out.

12. on 7-15-16 correspondence by meaghan Bernstien, MA risk management specialist, C.N.Y, p.c. p.o. Box 300 mary, NY 13403 recieve False information of lies against me reviewing mental health chart with om H Staff at C.N.Y, p.c. mental health unit Southport C.F.

13. while the records reflects from the year 2013 to 2015 being prescribed psychiatric medication name zyprexa adequate treatment for my angry bipolar I receive no multi penltyies disciplinary hearings so I was uncompetent to multi penltyies guilty to disciplinary hearings, and under state inmate numbers #06A1498, #99A2768 and #97R0719 and crimlanal convictions under NYSID#7758674-H. to be dismissed or and expungment, by anthorny J. annucci acting commissioner and the courts

14. The records reflect by I6PS. DNS.S. King warning documented my negative behavior since I been discontinued psychiatric medications zyprexa, and tegretol both adequate treatment for my angry bipolar everydays, every nights I am struggling and suffering to continue a positive behavior without psychiatric medication adequate treatment for my angry bipolor.

15. I denied team work by medical treatment team John Doe - Jane Doe, and mental health treatment team John Doe - Jane Doe would work together ~~all would not~~ now I have the Steven Johnson syndrome lost Stimulation unable to get a hard on with my genital penis, lost of taste with my tongue, lost of smell with my nose, lost of my original skin color, lost of my memory events, unable to sleep normally, unable to eat normally, unable to see clearly because of defendants.

16. From 12-14-15 to 12-15-15, medical register nurses Jane Doe, medical Doctor welsey canField, medical physician assistant Ben Oakes, medical physician assistant John Doe denied to document all injuries damages condiction

17. From 12-15-15 to 12-18-15 medical doctors John Doe and dermatalogist at arnot ogden medical center 600 Roa Ave Elmira, NY 14905 undocumented all my injuries damages condiction and discontinued psychiatric medication tegretol

18. From 12-18-15 to 12-23-15 medical doctors John Doe and dermatalogist Jane Doe at Suny upstate Medical university hospital 750 East adams Street Syracuse, NY 13210 undocumented all my injuries damages condiction and discontinued psychiatric medication tegretol

19. From 12-23-15 to 12-28-15 medical physician assistant John Doe, medical Doctor welsey canField undocumented discontinued psychiatric medication tegretol and undocumented to prescrib reason why medical medication Flexeril treatment For cramps, tight muscle and sleep pm and Eucern cream treatment For rash and itchingness all over my Face and body everywhere and relafen treatment For pains and undocumented my injuries damages condiction lost Stimualation unable to get hard on with my genital penis, lost of taste with my tongue, lost of smell with my nose, unable to sleep normally,

unable to eat normally, unable to see clearly, lost of my orignial skin color, lost of my memory events, itchingness allover my face and body everywhere, an skin burns to soaps, deodorants, shampoos, and lotion and angry bipolar.

20, on 4-28-16 medical physician assistant Ben Oakes prescrib medical medication Indocin For pains and prescribed medical medication tavist For restoring taste and smell reasons undocumented and undocumented my injuries damages condiction lost of stimulation unable to get hard on with my genital penis, lost of taste with my tongue, lost of smell with my nose, unable to sleep normally, unable to eat normally, unable to see clearly, lost of my orignial skin color, lost of my memory events, itchingness all over my face and body everywhere, skin burns to soaps, deodorants, shampoos, lotions, and my angry bipolar.

21, I request mental health to provide me information For exacts dates Lmsw-2 names call out In November 2015 and recording television conference video and audio tapes 10-19-15 and November 2015 with psychiatrist Doctor Jose Gonzalez denied.

7.                  Causes of action
note: you must clearly state each cause of action I assert in my civil Lawsuit
          First cause of action
defendants denied equal protection, Failure to protect, cruel unusual punishment, medical malpractice, psychiatric malpractice, negligent, negligence, deliberate indifferent, intentional conspiracy retaliation, denied patient bills of rights, and denied uncompetence disciplinary penaltyies tier I, II, and III hearings, and criminal conviction history

15

Second cause of action

defendants and claimant pro-se have no constitutional rights to starve and suffer in pains and fatal death attempt by psychiatric medication and Steven Johnson syndrome and angry bipolar negative behavior to myself and others,

third cause of action

Jury trial by Jury request

Fourth cause of action

I, Latee Robinson #06A1498 claimant, pro-se wants to be awarded demand in the amount $125.000.000.00 dollars For nominal damages injuries patient bills of rights have been violated by defendants Judgment to be unfavorable,

Fifth cause of action

I, Latee Robinson #06A1498 claimant, pro-se wants to be awarded demand in the amount $125,000,000.00 dollars For punitive damages injuries Steven Johnson syndrome, starving, extreme pains, suicidual, and negative behavior angry bipolar the punions and cruel punusual punishment to punish defendants to hurt on purpose For Judgment unfavorable,

Sixth cause of action

I, Latee Robinson #06A1498 claimant, Pro-se wants to be awarded demand in the amount $125,000,000.00 dollars For compensatory damages injuries by defendants Judgment unfavorable For physical, mentally and emotional harm caused,

8, Prayer For relief
Wherefore plaintiff, pro-se, Latee Robinson #06A1498 request this court to grant the Following relief: To be awarded demand in the amounts $125,000,000.00 dollars For compensatory, punitive, and nominal damages injuries past present and Futurely Judgment against defendants unfavorabled.

16

I declare under penalty of perjury that the fore-
going is true and correct.
Dated: 7-24-16

Latee Robinson
Latee Robinson
#06A1998, pro-se
Claimant
Southport Correctional
Facility P.O. Box 2000
Pine City, NY 14871

exhibits



**NEW YORK STATE**

# Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

May 18, 2016

Latee Robinson
06A1498
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871-2000

Acting Commissioner Annucci has asked me to respond to your letter requesting your medical documents.

Nurse Administrator Vonhagn said that he only received a written request from you for your OMH medication information. He advised you to request this from the Office of Mental Health.  The OMH Unit Chief Dolley said this has been addressed with you, as well as your concerns about your medication side effects. I encourage you to continue to work with your treatment team and alert them if you have any further side effects.

Nurse Administrator Vonhagn also said that he never received a written request from you for your medical information or information about your trip to the outside hospital. You must submit a request to him in writing for the specific information you would like.

Your letter was also forwarded to Central New York Psychiatric Center Risk Management Office to investigate the concerns you expressed.

Sincerely,

Bryan Hilton
Assistant Commissioner

Cc:  Michael Sheahan, Superintendent – Southport Correctional Facility



NEW YORK STATE | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

May 18, 2016

Latee Robinson
06A1498
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871-2000

Acting Commissioner Annucci has asked me to respond to your letter regarding your request for information on a specific staff member so that you may file a formal complaint regarding medications.

It has been reported to me that several months ago you were taken off the medication in question (Tegretol), because it resulted in a negative allergic reaction.

I encourage you to positively cooperate with staff from both the Office of Mental Health and Department of Corrections and Community Supervision at your current facility so that you may reach your agreed upon goals.

Sincerely,

Bryan Hilton
Assistant Commissioner

Cc: Michael Sheahan, Superintendent – Southport Correctional Facility

7-5-16

Latee, RobinSon #06A1498, C-10-12cell Southport correctional
Facility

RECEIVED

JUL 06 2016

SOUTHPORT CORRECTIONAL FACILITY
INMATE ACCOUNTS

TO: Inmate accounts Business office Southport

your office receive on 7-5-16 disbursement amount $ 400,00 dollars
and disbursement amount For filing Fees $350,00 /$50,00 dollas and
disbursement amount $ 474 For postage service legal mail attached to
regulture envelope addressed to clerk office US, district court western
district of New York because mail box cart correctional officer never
place outgoing envelope attached two disbursement inside mail box regarding
aboved so I am writing this letter Follow up to Follow-up on my out
going mail legal mail aboved



## Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

TO: *Robinson 06a1498*
FROM: Inmate Accounts
DATE: *7/6/16*
RE: In Response to Letter

*******************************************************************************************

_____ Per Directive 2798:  Interest earned on reserve funds deposited in an interest bearing account or other interest bearing medium shall be paid to those inmates who have an average balance in their accounts of $100 or more for a given quarter.  This interest will be paid on the amount in excess of $100.  Interest will be posted quarterly to the inmate's account for quarters ending March 31, June 30, September 30 and December 31.

_____ Your "Informa Pauperis" letter must be signed and dated by you before it can be processed by Inmate Accounts.

_____ You must submit this "Informa Pauperis" to the Law Library for copies if you need more than one copy.  Inmate accounts is not required to fill out the forms in duplicate.

_____ Advances are collected at a rate of 100% of all receipts.

_____ Checks cannot be stop paid for 60 days from date written.

_____ Your spendable balance as of the above date is _____

_____ Attached is a current status and/or transaction print out of your account.

_____ Your requested copy is attached.

_____ Your receipt for $ _____ was processed on _____.

_____ Inmate Accounts sends all processed pink copies of disbursements to Correspondence daily.

_____ Your disbursement for _____ was processed on_____.

_____ Attached: _____

_____ Your transfer funds were processed on _____ for $ _____.

_____ The Transfer Fund amount on your pink transfer slip includes encumbered funds that are not spendable.

_____ Direct your payroll concerns to "Guidance Unit – Attn: Inmate Payroll".

_____ Inmates requesting copies must submit a FOIL request along with a disbursement for $ .25 a copy to Inmate Records.

_____ Your transfer funds have not been received from your previous facility.  Transfer funds are not electronically transferred, and can take up to two weeks to arrive.

_✓_ Per directive 2798:  inmate disbursements can take up to 10 business days from date received at the Business Office, to be processed.

_____ Per directive 2798:  inmate money home disbursements in excess of $100.00 will require the written approval of the Superintendent (or designee) before Inmate Accounts can process them.

_____ Per Directive 2798: Disbursements in excess of $ 100.00 requiring the Superintendents approval must also include the purpose of the Disbursement and the relationship of the payee to the inmate. IE: Wife, Mother, Father, Sister, Ect.

***file name:  inmate letters***

 **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To:        Robinson, Latee        06a1498      C-10-12

From:      A. Lowe, DSP

Re:        Disbursements

Date:      July 15, 2016

      My office was advised by the business office that they never received your $400.00 disbursement that you brought up in your 7/12/16 letter to my office. It also stated that it received your $210.00 disbursement and processed it on 7/13/16. All processed pink copies of disbursement are sent to correspondence daily.

A. Lowe

Deputy Superintendent for
Program Services

cc: File

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name Robinson L | DIN 06A1498 | Date of Birth 04-23-78 | Facility Name 630 |
|---|---|---|---|

**Subjective:** Requesting refills of Prilosec, Lipitor, Nexium, Vasotec, HCTZ & Lactaid.

**Objective:** All above active + refillable.

**Assessment:** Appears compliant c̄ meds. BP fairly well controlled.

**Plan:** offers no c/o's.

Last Name Robinson
DIN 06A1498   Location B11-20
Date 12.13.15   Time AMSC

Provider Orders:

) refills submitted

**Signature/Provider #** Knappen 240   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Requesting to see md for sore throat & rash.

**Objective:** C/o sore throat & rash x 2 wks. Stated feels like it's hard to breath & difficult to swallow like his throat is swollen. Has a raised rash over entire body. Lips are swollen appears to have

**Assessment:**

**Plan:** difficult time swallowing meds denies any new foods denies allergies. To MDIPA to Advise ? call out soon.

Last Name Robinson
DIN 06A1498   Location B-11-2
Date 12/14/15   Time AMSC

Provider Orders:

**Signature/Provider #** A. Grant RN   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Rash over torso, arms, legs, Tongue, lips feel swollen. Lips burns SOB x 2wks. Denies new meds, soaps, lotions. Hx taking Vasotec for years. Skin very itchy. Notes scattered pustules. ⊖ CP, ⊖ ST, cough, fer, chills, N/V, CP, SOB, edema, hx of seds, numbness, tingly.

**Objective:** ⊕ A&O x 3. NAD.
Wt 221   HEENT: TM's clean. Tongue bright red w/ white coating.
BP 128/80   Lips swollen + red. Throat w/ small red papules.
P 128   Neck ⊖ ⊖ adenopathy
**Assessment:** Lu RRR. No S3S4.
T 100.8   Lu CTA. No wheezes/rales
Skin: Diffuse red/black papules over entire torso, arms & legs. Scio flecky on forehead. Sandpaper texture to skin.
Neuro CN II-XII Int. Gait steady & DSL/WNL.

**Plan:**
A Dermatitis - ? Scarlet Fever
P See Infirmary Admissions orders. Pt also examined by FHSD.

**Signature/Provider #** _____   RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary

```
2/25/16  8:34:07      NYS DEPARTMENT OF CORRECTIONAL SERVICES       PAGE    1
HSC4781                    HEALTH SERVICES SYSTEM
                       REQUEST AND REPORT OF CONSULTATION
```

NAME: ROBINSON, LATEE                    DIN: 06A1498   DOB: 04/23/1978
                                          CURRENT FAC: SOUTHPORT
REFERRING FAC  : SOUTHPORT               REFERRAL NUMBER: 15540604.01M
REFERRAL DATE  : 12/23/15 02:52P   TELEMED: N<N>  REFERRAL TYPE  : INITIAL
TYPE OF SERVICE: DERMATOLOGY             REFERRAL STATUS: SCHEDULED
URGENCY OF CARE: ROUTINE                 INTERPRETER:

MEDICAL HOLD: NO    TYPE:    REASON CODE:    EXP.DATE:
TRANSPORTATION : N   WHEELCHAIR N   NURSE N   AMBULANCE N   LITTER N   HCA
SENSORIAL IMPAIRMENT:
REFERRED BY: BENJAMIN OAKES, PA          APPOINTMENT: 03/10/16   11:00A
REVIEWED BY: WESLEY CANFIELD, MD         POS: WALSH RMU
                                         PROV: MIRANDA, ZANE-DER

REASON FOR CONSULTATION:                 USER: 12/23/15 02:52P C630BAO
 ( PT BEING DISCHARGED FROM THE HOSPITAL TODAY WITH AN ADMISSION FOR ? STEVENS )
 ( -JOHNSON SYNDROME. RECOMMENDED FOR PT TO F/U WITH DERM.                     )
 (                                                                             )
 (                                                                             )
 (                                                                             )
==============================================================================
            ATTENTION: DO NOT INFORM INMATE OF FUTURE APPOINTMENT(S)

CONSULTANT REPORT:

S:   [handwritten: w/ above Stevens-Johnson syndrome 2nd Tegretol.]

O:   [handwritten: Resolved, residual pruritus]

A:   [handwritten: S-J Syndrome]

[handwritten: ① Triamcinolone ointment 0.1% apply bid to affected areas. Dispense 160g]

P:   [handwritten: ② Hydrocerin lotion - apply daily]

CONSULTANT SIGNATURE: _____  DATE: __/__/__
IF FOLLOW-UP/PROCEDURE RECOMMENDED - REQUESTED BY __ / __ / __

* CONSULTATION IS A RECOMMENDATION.  FINAL DETERMINATION WILL BE MADE BY THE
  INMATE'S NYSDOCS PHYSICIAN.
==============================================================================

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. SPT-61960-16 | | DATE FILED 3/18/2016 |
|---|---|---|---|
| | FACILITY Southport Correctional Facility | | POLICY DESIGNATION |
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT | TITLE OF GRIEVANCE OMH Medication Issue. | CLASS -I- | CODE 50 |
| | SUPERINTENDENT'S SIGNATURE  M. Sheahan Supt | | DATE 3/21/16 |
| GRIEVANT           Robinson, Latee | DIN 06-A-1498 | | HOUSING UNIT C-10-12 |

Cell Location at time of grievance:      C-10-12

**SUPERINTENDENT'S RESPONSE**

ANSWERED MAR 2 2

The Office of Mental Health (OMH) is a separate entity, not under the jurisdiction of the Department of Corrections and Community Supervision (DOCCS). In accordance with Directive #4040, Section 701.3 (e) and (f) your complaint is being forwarded to the Unit Chief of the Office of Mental Health (OMH) for whatever remedial action is deemed appropriate. The Superintendent's response completes the IGP process and there is no further appeal available.

SENT

MAR 2 2 2016

SOUTHPORT GRIEVANCE

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent, please sign below and return to the Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_Latee, Robinson #06A1498_                                   3-25-16
Grievant's Signature                                                Date

Grievance Clerk's Signature                                       Date

*An exception to the time limit may be requested under Directive 4040, Section 701.6(g).

FORM 2133 (02/16)

| NEW YORK STATE **Corrections and Community Supervision**<br><br>**INMATE GRIEVANCE PROGRAM**<br><br>**SUPERINTENDENT** | GRIEVANCE NO.<br>SPT-61960-16 | DATE FILED<br>3/18/2016 |
|---|---|---|
| | FACILITY<br>**Southport Correctional Facility** | POLICY DESIGNATION |
| | TITLE OF GRIEVANCE<br>OMH Medication Issue. | CLASS    CODE<br>-I-      50 |
| | SUPERINTENDENT'S SIGNATURE | DATE<br>3/21/16 |

| GRIEVANT<br>Robinson, Latee | DIN<br>06-A-1498 | HOUSING UNIT<br>C-10-12 |
|---|---|---|

Cell Location at time of grievance:     C-10-12

## SUPERINTENDENT'S RESPONSE

ANSWERED MAR 22

The Office of Mental Health (OMH) is a separate entity, not under the jurisdiction of the Department of Corrections and Community Supervision (DOCCS). In accordance with Directive #4040, Section 701.3 (e) and (f) your complaint is being forwarded to the Unit Chief of the Office of Mental Health (OMH) for whatever remedial action is deemed appropriate. The Superintendent's response completes the IGP process and there is no further appeal available.

SENT

MAR 22 2016

SOUTHPORT GRIEVANCE

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return to the Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

| Grievant's Signature | Date |
|---|---|
| Grievance Clerk's Signature | Date |

*An exception to the time limit may be requested under Directive 4040, Section 701.6(g).

FORM 2133 (02/15)

Offender Grievance complaint
Southport correctional facility

Offender LaTee, Robinson #06A1498, c-10-12 cell date 3-17-16 Description for problem on 3-10-16 medical Doctor assistance request name identity examine grievant received information by medical doctor stated discontin-ued mental health medication In november 2015 was the cause me receiving the body rash, cold soarsness in mouth, genitals and body and pains in bodies the main reason of complaint mental health medical Doctor failure to warn me and neglect to investigate to medication to cause danger to mine health and life. I want unable to eat and drink liquid.

LaTee, Robinson #06A1498

Action requested by LaTee, Robinson #06A1498 wants witness investigated with medical doctor at walsh mohawk c.f., outside hospital inpatient and mental health doctor here Southport c.f.

RECEIVED

MAR 1 8 2016

SOUTHPORT GRIEVANCE

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. SPT-62611-16 | | DATE FILED 6/16/2016 |
|---|---|---|---|
| | FACILITY **Southport Correctional Facility** | | POLICY DESIGNATION |
| **INMATE GRIEVANCE PROGRAM** **SUPERINTENDENT** | TITLE OF GRIEVANCE **Disagrees With Current Medical Care.** | | CLASS   CODE -I-      22 |
| | SUPERINTENDENT'S SIGNATURE *M. Sheahan Sgt* | | DATE 7/5/16 |
| GRIEVANT **Robinson, Latee** | DIN **06-A-1498** | | HOUSING UNIT **C-10-12** |

Cell Location at time of grievance:        C-10-12

## SUPERINTENDENT'S RESPONSE

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part. Upon the completion of the investigation it has been determined that the grievant claims that he was given Tavist to restore what he claims is loss of his sense of smell and taste. The Nurse Administrator reviewed the grievant's medical record from the date of 12/14/15 to present. The medical record does not indicate that the grievant has ever complained of loss of taste or the ability to smell. This includes evaluations by 4 consulting doctors at the Arnot Ogden Medical Center and one dermatologist from Walsh RMU. There are no indications that the grievant claims are related to an episode of drug reaction that occurred on or around 12/14/15 to the drug called Tegretol. The grievant was seen by PA O... on 4/28/16 during the provider's call out. The grievant was evaluated for his complaints of pain and the provider stopped the medication Relafen. The provider started the medication Indocin 25mg 3 times a day that the grievant is presently ordered. The grievant has been continued on Flexeril 10mg at night as ordered by Dr. C.... on 12/28/15. The grievant was seen by Dermatology on 3/10/16 and was ordered Kenalog cream and Eucerin cream for a resolving case of Steven Johnson Syndrome. The medication was last refilled on 6/20/16. The nursing staff has not reported any return of a rash that the grievant was treated for starting 12/14/15. The grievant requested a front cuff order on 6/1/16. The nurse noted good range of motion and the provider did not feel that a front cuff permit was indicated. The grievant claimed on 6/20/16 that the pain medications only relieved his complaints of pain minimally. The provider was made aware and did not feel that a change of medication was indicated at that time. The grievant is currently on the providers callout list for a routine follow up and will be seen in turn. The grievant is encouraged to discuss his medical concerns when seen by the provider.

## SENT

### JUL 06 2016

---

| APPEAL STATEMENT | **SOUTHPORT GRIEVANCE** |
|---|---|

If you wish to refer the above decision of the Superintendent, please sign below and return to the Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

*The medical doctors, medical physician assistants, medical register nurses and dermatology undocumented reason to discontinued psychiatric medication tegretol, order for medical medication Flexeril, Indocin, Eucerin cream, Kenalog cream and unexplained about Steven Johnson syndrome to the grievant and undocumented grievant conditions and their grievant other condition afraid to complain Latee Robinson #06A1498*                                7-6-16

**Grievant's Signature**                                                            **Date**

**APPEALED**   7-7-16

JUL 07 2016

**Grievance Clerk's Signature**                                                            **Date**

---

*An exception to the time limit may be requested under Directive 4040, Section 701.6(g).   SOUTHPORT CORR FAC GRIEVANCE OFFICE

FORM 2133 (02/15)



**NEW YORK STATE**

# Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Robinson, L.   06A1498   C-10-12

From:  S. King IGPS

Subject: Letter dated 7/10/16 & 7/13/16

Date: 07/15/16

I made rounds on 07/13/16, I announced myself on the gallery.  As I approached your cell your blanket was up and you made no attempt to take it down to speak with me.  I left a copy of grievance SPT-62467-16 IGRC decision.   Also because of your continued rude remarks as I make rounds for the entire gallery to hear will stop.  As for your other grievances see list below.

SPT-62776-16 Investigation of SPT-62611-16 was filed 7/11/16 per directive #4040 we have 16 days for regular grievance to investigate and respond.

SPT-62748-16   Problems with Penis filed 7/6/16 still pending investigation

SPT-62747-16   Wants Refills filed 7/6/16 still pending investigation

SPT-62741-16    Improper investigation was filed on 7/5/16 the answer was mailed out 7/12/16

SPT-62738-16     Put up Mail While Grievant Sleeps was filed 7/5/16 the answer was mailed to you on 7/12/16

SPT-62737-16 Not Receiving Disbursement Receipts was filed 7/5/16 answer sent out 7/14/16.

SPT-62675-16   Denied Address filed 6/27/16 is still pending investigation.

SPT-62624-16    Disagrees with Grievance Investigation filed on 6/20/16 answer sent to you 7/12/16

SPT-62611-16 Disagrees with Current Medical Care was filed on 6/16/16 and it was sent to CORC on 7/7/16.

Grievant receives one copy of first page of grievance as his receipt.  Then he receives one copy at each level of the appeal process.  Any additional copies he needs he can request from FOIL.

S. King  IGPS

S. King IGPS

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. **SPT-62432-16** | DATE FILED **5/23/2016** |
|---|---|---|
| | FACILITY **Southport Correctional Facility** | POLICY DESIGNATION |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE **Itchy.** | CLASS  CODE **-I-   22** |
| **SUPERINTENDENT** | SUPERINTENDENT'S SIGNATURE *M. Sheahan Supt* | DATE **6/16/16** |
| GRIEVANT **Robinson, Latee** | DIN **06-A-1498** | HOUSING UNIT **C-10-12** |
| | Cell Location at time of grievance: | C-10-12 |

## SUPERINTENDENT'S RESPONSE

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part. Upon the completion of the investigation it has been determined that the heat was turned off on 5/24/16 which is later than usual due to the cold night weather. Medical does not control when the heat is turned on and off. Specific conditions by the state determines this and is enforced by security. Furthermore, the Grievant was diagnosed with Steven Johnson Syndrome after taking Tegretol in December of 2015. The grievant was seen by Dermatology on 3/1/16 with the Steven Johnson Syndrome being resolved. The grievant continued to have Residual Purititis or itching and was provided with medication at this time. The grievant has complained of dry skin and noted that the lotion had helped. The grievant has been using Eucerin lotion and Kenalog ointment for his dry skin. Noting on 6/3/16 that the grievant noted the lotion helps with his "itching skin". The grievant had been seen by the medical provider 4/28/16. At this time he asked to have his pain medications changed. The grievant was taken off of Relafen and started on Indocin 25mg three times a day for pain. He continues to use Flexeril at bed time. There has been no documentation that the medication is not helping the grievant manage his pain and the grievant has been refilling his medication. On 4/28/16 during call outs it was noted that the grievant's nasal mucosa was red and swollen. This suggested allergies. The grievant drafted in on 9/25/16 on no allergy medication at that time. On 4/28/16 the grievant was started on Claritin 10mg daily. The grievant has a history of dairy intolerance so prescribing Lactase to be taken with dairy products would be an appropriate action. It is also noted that the grievant arrived at Southport CF prescribed with Lactase. The grievant is encouraged to continue to use sick call to address his medical issues and concerns.

## SENT

### JUN 17 2016

### SOUTHPORT GRIEVANCE

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return to the Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| *Latee Robinson* | | **6-17-16** |
|---|---|---|
| Grievant's Signature | | Date |
| *Antoni Alberta* | **APPEALED** | **6-20-16** |
| Grievance Clerk's Signature | JUN 20 2016 | Date |
| | SOUTHPORT CORR FAC GRIEVANCE OFFICE | |

*An exception to the time limit may be requested under Directive #4040 Section 701.6(g).

FORM 2133 (02/15)

Inmate Grievance complaint

Southport correctional Facility

Inmate Latee. Robinson #06A1498, C-10-12 cell date 6-28-16 Description for problem Failure to explain to grievant condiction injuries damage cause to side effect polybid psychiatric medication Name tegretol by medical register nurses, medical physician assistant's, and medical doctors here southport c.f., and by medical register nurses, medical doctors and medical speciallist at arnot ogden medical center 600 Roe Ave Elmira, NY 14905, and by medical register nurses, medical doctors and medical speciallist at suny upstate medical university soitol 750 East adams street syracuse, NY 13210. while the grievant in the custody southport c.f.

Latee. Robinson #06A1498

action requested by Inmate Latee. Robinson #06A1498 the grievant wants the names, titles, dates, to discovery psychiatric medication Name tegretol the cause to side effect injuries and damages condiction to the grievant to continue to suffer in the past, present, and futurely by medical treatment team here south-port correctional Facility medical department p.o. box 2000 pine city, NY 14871, and by medical treatment team at arnot ogden medical center 600 Roe Ave Elmira, NY 14905, and by medical treatment team at suny upstate medical university hospital 750 East adams street syracuse, NY 13210 each individual or officials to be interviewed and Investigated

**SOUTHPORT CORRECTIONAL FACILITY**
**INMATE GRIEVANCE OFFICE**
**Ms. S. King**
**Ms. H. Martin**
**IGP SUPERVISORS**

TO:          Robinson, Latee   06A1498   C-10-12

FROM:        Ms. S. King, IGP Supervisor
             Ms. H. Martin, IGP Supervisor

DATE:        June 29, 2016

RE:          Late Grievance

Mr. Robinson;

Your complaint is being returned to you for the following reason(s):

Per Dir. 4040, grievance must be filed within 21 calendar days of the alleged incident. It has been determined that the issues in your complaint are past the allotted time frames. As such, your grievance will not be processed and is being returned to you.

Additionally, grievant is reminded that filing multiple grievance complaints concerning the same issue(s) is not "Good Faith" utilization of the Inmate Grievance Resolution Committee. Records indicate this topic has been addressed in several previously filed complaints.

The IGP Supervisor **may** grant an exception to the time limit for filing a grievance based on mitigating circumstances (e.g., timely attempts to resolve a complaint informally by the inmate, etc.). **An exception to the time limit may not be granted more than 45 days after an alleged occurrence.**

Ms. S. King, IGP Supervisor
Ms. H. Martin, IGP Supervisor

Cc:/ File
W/P - IGRC MEMO'S

**SOUTHPORT CORRECTIONAL FACILITY**
**INMATE GRIEVANCE OFFICE**
**Ms. S. King**
**Ms. H. Martin**
**IGP SUPERVISORS**

TO:          Robinson, Latee      DIN# 06A1498      C-10-12

FROM:      Ms. S. King, IGP Supervisor
             Ms. H. Martin, IGP Supervisor

DATE:       May 2, 2016

RE:          DISMISSAL OF SPT-62218-16:

_____

Mr. Robinson;

       A review of SPT-62218-16 shows that it was properly dismissed and closed in accordance with Dir. 4040, 701.5 Procedures, Section 4, sub-section (a). The grievant has made no effort to resolve the complaint through existing channels.

       Grievant is advised that he should have addressed this matter with the Area Supervisor before he filed a grievance on this matter.

       SPT-62218-16 is deemed dismissed and closed.

Ms. S. King, IGP Supervisor
Ms. H. Martin, IGP Supervisor

Cc/ File
W/P - IGRC MEMO'S



**Corrections and Community Supervision**

ANDREW M. CUOMO
*Governor*

ANTHONY J. ANNUCCI
*Acting Commissioner*

To:    Robinson, Latee    06A1498    C-10-12

From:  H. Martin, IGPS

Subject:  Dismissal Review- SPT-61962-16

Date:  March 28, 2016

Upon review, I have determined that your grievance was properly dismissed and closed by the IGRC in accordance with Directive #4040, Part 701.5.

You have not provided me with any information and/or documentation that would necessitate the reinstatement of your grievance. As such, your request to have your grievance reopened and returned to the IGRC for response is denied.



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## Southport Correctional Facility Medical Department HIPAA

To: Robinson, Latee     Din: 06A1498     Location: C-10-12

From: M. Gould, RN II

We received your letter dated 4/4/2016 requesting medication information and dates related to Dr. Gonzalez. You need to request this information through Mental Health.

M. Gould, RN II   4/6/2016

NEW YORK STATE | **Corrections and Community Supervision**

C - 10 - 12

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## Southport Correctional Facility Medical Department HIPAA

# To: ROBINSON LATEE    Din: 06A1498    Location: ~~B-11-20~~

From: M. DeLauro RN II
We received your letter dated 5/9/2016  requesting **copies** of your sick call slips.
Your request will be processed in a timely manner.


**I received your foil request for sick call slips from Oct 2015 to Dec 2015.**

**Question: Are you seeking from Oct 1st 2015 to Dec 1st 2015? Please clarify exact dates in a response letter to the Nurse Administrator / Infirmary.**


**M. DeLauro RN II  5/11/2016**



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## Southport Correctional Facility Medical Department

## To: ROBINSON, LATEE    Din: 06A1498    Location: C-10-12

From: M. DeLauro RN II
We received your letter dated 5/15/2016  requesting *a viewing*  of your ***medical sick call slips.***

### About this FOIL event:

- Sick call slips are not part of the medical record, therefore this is a FOIL event.
- Sick call slips are kept in storage and the process of sorting / compiling the sick call slips is anticipated to be time consuming.
- We will call you out to view as soon as possible. We expect delays in this process.

**Your name has been added to the call out list.**

**M. DeLauro RN II  5/18/2016**



# Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

| | | | |
|---|---|---|---|
| **To:** | **ROBINSON, L** | 06A1498 | C-10-12 |

**From:**     **F.O.I.L. OFFICE**

**Re:**     **Freedom of Information Law (F.O.I.L.) Request  - 16-04-258**

**Date:**     **04-26-16**

---

√ This is to acknowledge our receipt of your Freedom of Information Law request for records.

√ The collection, review and processing of documents can be time consuming and generally takes <u>up to 20 business days</u> to complete. Additional time may be required, in which case you will be notified.

---

**Your Freedom of Information Law (F.O.I.L.) request has been handled in the following manner:**

__X__     Your request for LOG BOOK ENTRY COPIES has been forwarded to CAPTAINS OFFICE/B BLOCK SERGEANT for processing.

_____     The documents you requested do not exist at this facility.

_____     The documents were redacted (*) in accordance with Directive #2010/POL, §87 (2) (   ).  <u>See below.</u>

_____     Please forward an authorized, completed disbursement marked IRC/FOIL for $     to the Inmate Accounts Office. (No Advance forms.) Upon confirmation of payment the copies will be forwarded to you.  [POL §87 (1) (b) (iii)]

_____     Your disbursement was received for your FOIL request. Upon confirmation of payment from Inmate Accounts, the copy will be forwarded to you.  [POL §87 (1) (b) (iii)]

_____     The          have been forwarded to your Offender Rehab Coordinator for your **review and return**.

_____     Enclosed:

_____

_____

**Your request has been denied/denied in part/redacted\* for the following reasons:**

_____     Specifically exempted from disclosure by State or Federal statute. [POL § 87 (2) (a)]

_____     Would constitute an unwarranted invasion of personal privacy. [POL § 87 (2) (b)]

_____     Are compiled for law enforcement **and** if disclosed would (i) interfere with an investigation/judicial proceeding; or (iii) identify a confidential source or disclose confidential information; or (iv) reveal non-routine investigative techniques or procedures.  [POL §87 (2) (e)]

_____     Could endanger the life or safety of any person. [POL §87 (2) (f)]

_____     Inter-agency or intra-agency materials which are **not** [POL § 87 (2) (i) statistical or factual tabulations or data or (iii) final agency policy or determinations. [POL §87 (2) (g)]

**Other:**

_____     It is a question that requires the preparation of an answer not the production of a record.  [POL §86 (4)]

_____     Record could not be located as described, be specific. [POL §89 (3) (a)]

__X__     Mental Health records are controlled by Mental Hygiene Law. You must request them directly from OMH.

_____     Rap sheet:  Request must be sent directly to NYS Division of Criminal Justice Services.

_____     Presentence/Probation Report  ("PSR"): Pursuant to CPL §390.50 (1), request must be sent directly to the sentencing court or Probation Department that prepared your PSR.

__X__     You may write to the Medical Department directly to request medical records.

---

Reference Directive #2010, FOIL/Access to Departmental Records, which references Public Officers Law ("POL") Sections 86-89

You may appeal this decision by writing to the following address:
Office of Counsel, NYSDOCCS, The Harriman State Office Campus, 1220 Washington Avenue, Albany, NY  12226

cc: file

---



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

C-10-12

To:       ROBINSON, L.                          06A1498

From:     F.O.I.L. OFFICE

Re:       Freedom of Information Law (F.O.I.L.) Request - 16-04-286

Date:     05-04-16

√ This is to acknowledge our receipt of your Freedom of Information Law request for records.

√ The collection, review and processing of documents can be time consuming and generally takes up to 20 business days to complete. Additional time may be required, in which case you will be notified.

**Your Freedom of Information Law (F.O.I.L.) request has been handled in the following manner:**

☐   Your request for _____ has been forwarded to _____ for processing.

☐   The documents you requested do not exist at this facility.

☒   The documents were redacted (*) in accordance with Directive #2010/POL, §87 (2) (f  ). See below.

☒   Please forward an authorized, completed disbursement marked IRC/FOIL for **$0.50 to the Inmate Accounts Office.** (No Advance forms.) Upon confirmation of payment the copies will be forwarded to you. [POL §87 (1) (b) (iii)] (FOR COPY OF GRIEVANCE AND SUPT. RESPONSE)

☐   Your disbursement was received for your FOIL request. Upon confirmation of payment from Inmate Accounts, the copy will be forwarded to you. [POL §87 (1) (b) (iii)]

☐   The _____ have been forwarded to your Offender Rehab Coordinator for your **review and return.**

☐   Enclosed:

**Your request has been denied/denied in part/redacted\* for the following reasons:**

☐   Specifically exempted from disclosure by State or Federal statute. [POL § 87 (2) (a)]

☐   Would constitute an unwarranted invasion of personal privacy. [POL §87 (2) (b)]

☐   Are compiled for law enforcement **and** if disclosed would (i) interfere with an investigation/judicial proceeding; or (iii) identify a confidential source or disclose confidential information; or (iv) reveal non-routine investigative techniques or procedures. [POL §87 (2) (e)]

☒   Could endanger the life or safety of any person. [POL §87 (2) (f)]

☐   Inter-agency or intra-agency materials which are **not** (1) statistical or factual tabulations or data or (3) final agency policy or determinations. [POL §87 (2) (g)]

**Other:**

☐   It is a question that requires the preparation of an answer not the production of a record. [POL §86 (4)]

☐   Record could not be located as described, be specific. [POL §89 (3) (a)]



# Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

C-10-12

**To:** ROBINSON, L          06A1498

**From:** F.O.I.L. OFFICE

**Re:** Freedom of Information Law (F.O.I.L.) Request - 16-04-286

**Date:** 05-09-16

√ This is to acknowledge our receipt of your Freedom of Information Law request for records.

√ The collection, review and processing of documents can be time consuming and generally takes up to 20 business days to complete. Additional time may be required, in which case you will be notified.

**Your Freedom of Information Law (F.O.I.L.) request has been handled in the following manner:**

☐ Your request for ____ has been forwarded to ____ for processing.

☐ The documents you requested do not exist at this facility.

☐ The documents were redacted (*) in accordance with Directive #2010/POL, §87 (2) ( ). See below.

☐ Please forward an authorized, completed disbursement marked IRC/FOIL for $ ____ to the Inmate Accounts Office. (No Advance forms.) Upon confirmation of payment the copies will be forwarded to you. [POL §87 (1) (b) (iii)]

☐ Your disbursement was received for your FOIL request. Upon confirmation of payment from Inmate Accounts, the copy will be forwarded to you. [POL §87 (1) (b) (iii)]

☐ The ____ have been forwarded to your Offender Rehab Coordinator for your **review and return**.

☒ Enclosed: 2 PAGES OF GRIEVANCE PAPERWORK

**Your request has been denied/denied in part/redacted* for the following reasons:**

☐ Specifically exempted from disclosure by State or Federal statute. [POL § 87 (2) (a)]

☐ Would constitute an unwarranted invasion of personal privacy. [POL §87 (2) (b)]

☐ Are compiled for law enforcement **and** if disclosed would (i) interfere with an investigation/judicial proceeding; or (iii) identify a confidential source or disclose confidential information; or (iv) reveal non-routine investigative techniques or procedures. [POL §87 (2) (e)]

☐ Could endanger the life or safety of any person. [POL §87 (2) (f)]

☐ Inter-agency or intra-agency materials which are **not** (1) statistical or factual tabulations or data or (3) final agency policy or determinations. [POL §87 (2) (g)]

**Other:**

☐ It is a question that requires the preparation of an answer not the production of a record. [POL §86 (4)]

☐ Record could not be located as described, be specific. [POL §89 (3) (a)]

☐ Mental Health records are controlled by Mental Hygiene Law. You must request them directly from OMH.

# Central New York Psychiatric Center

Mental Health Unit at Southport Correctional Facility
236 Bob Masia Drive, Post Office Box 2000, Pine City, NY 14871
Phone: (607)737-0850, Ext. 1200   Fax: (607)737-0864



Memorandum

TO:          Mr. Robinson          DIN:          06A1498

From          L. Peffer

DATE:          April 28, 2016

Subject:          Request for Access Request of your mental Health Record

This letter is to inform you that our office has received your request for access to your mental health record on April 18, 2016. Your record is now being reviewed, and a determination concerning access under Mental Health Law. Section 33.16 will be made shortly. Mental Health does not release records through requests under F.O.I.L. Be advised that the copies requested after review are charged at $0.75 per page/

To clarify your request, The VTC sessions with the Psychiatrist are not recorded and therefore can't be requested. Additionally, Mental Health can not provide you with medical information such as sick call, etc. Please write to DOCCS Medical for that information. Lastly, we can not provide you with the names of individual staff in a facility. You will have to direct that request to the following address:

          Central New York Psychiatric Center
          9005 Old River Road, Marcy, NY 13403
          ATTN: FOIL Request

You will be informed of our decision within a few days.

cc: clinical record



**NEW YORK STATE OF OPPORTUNITY.** | **Central New York Psychiatric Center**

**ANDREW M. CUOMO**
Governor

**ANN MARIE T. SULLIVAN, M.D.**
Commissioner

**DEBORAH J. MCCULLOCH**
Executive Director

April 25, 2016

Mr. Latee Robinson
DIN# 06A1498
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

Dear Mr. Robinson:

Your letters dated March 21, 2016, April 10, 2016, and April 11, 2016 addressed to the Executive Director, Acting DOCCS Commissioner, and Central New York Psychiatric Center have been forwarded to the Risk Management Department for review and response.

This office has been in contact with OMH staff at Southport CF and was informed that you were recently seen for mental health evaluations and will continue to be seen per policy. Additionally, we were informed that you received information regarding your medications during this time. Please understand that medication management is addressed at the facility level by prescribers. This office encourages you to continue working with your assigned treatment team to address your personal concerns.

I hope this information is helpful.

Sincerely,

Meaghan Bernstein, MA
Risk Management Specialist

CC: Unit Chief Southport CF
     File

---

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

P.O. Box 300, Marcy, NY 13403  |  (315) 765-3600  |  omh.ny.gov

TO:        Robinson, L.        06A1498    C-10-12

FROM:    **OMH – Ms.** Gilmore, LMSW-2

RE:        Information you requested

DATE:     March 29, 2016

Mr. Robinson:

Enclosed is the information on your medications' side effects.  Also, your psychiatrist is Dr. Jose Gonzalez; your medications are Trazodone 300mg po P.M. and Remeron 45mg po P.M.
Your Remeron appears to have started on December 14, 2015 and your Trazodone appears to have started on 02/29/2016.


Thank you.

Drug summary - MICROMEDEX®

Page 1 of 1

# Carbamazepine — Tegretol

DrugPoint® Summary

*First prescribed on 12/9/15*
*then on 12/14/15  2x a day*
*200 mg in the AM*
*400 mg in the PM*

## MEDICATION SAFETY

### Adverse Effects

**Common**

- **Cardiovascular:** Hypotension
- **Dermatologic:** Pruritus (8% ), Rash (7% )
- **Gastrointestinal:** Constipation (10% ), Nausea (29% ), Vomiting (18% ), Xerostomia (8% )
- **Neurologic:** Asthenia (8% ), Ataxia (15% ), Dizziness (44% ), Somnolence
- **Ophthalmic:** Blurred vision (6% ), Nystagmus

**Serious**

- **Cardiovascular:** Atrioventricular block, Cardiac dysrhythmia, Congestive heart failure, Eosinophilic myocarditis, Hypersensitivity, Syncope
- **Dermatologic:** Stevens-Johnson syndrome, Toxic epidermal necrolysis
- **Endocrine metabolic:** Hypocalcemia, Hyponatremia (4% to 21.7% ), Water intoxication syndrome
- **Gastrointestinal:** Pancreatitis
- **Hematologic:** Agranulocytosis, Aplastic anemia, Bone marrow depression, Eosinophilia, Leukopenia, Pancytopenia, Thrombocytopenia
- **Hepatic:** Hepatitis, Hepatotoxicity, Liver failure, Vanishing bile duct syndrome
- **Immunologic:** Drug hypersensitivity syndrome
- **Neurologic:** Acute intermittent porphyria
- **Renal:** Azotemia, Renal failure
- **Respiratory:** Pulmonary hypersensitivity
- **Other:** Angioedema

**Last Modified: March 08, 2016**

© 2016 Truven Health Analytics Inc.

356 MED CNYPC (7/14)

| | |
|---|---|
| **PSYCHIATRIC PROGRESS NOTE** | Patient's Name: *(Last, First, M.I.)*          C#:<br>Robinson, Latee                                          192008<br>Date of Birth:                                             DIN#:<br>04 – 23 – 1978                                          06A 1498<br>Unit/ Ward:<br>Southport correctional facility<br>Facility Name: CENTRAL NEW YORK PSYCHIATRIC CENTER |

| Instructions: | Completed when indicated by the prescriber. Enter date and time of service. Document program ( ie RCTP, ICP etc.) if in outpatient service. |
|---|---|

| Date & Time | Program |  |
|---|---|---|
| 10 – 19 – 2015 VTC | SHU | **MED15 DIAGNOSES:**<br>**Mental Health: IED, ASPD**<br><br>**Physical Health: lactose intolerant** |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THIS INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**CHIEF COMPLAINT AND CURRENT ISSUES:** *(mental complaints, preoccupations, worries, issues, etc.)*

"I got 8 years of Shu time for threatening and assault. I get angry a lot. These medications are not helping me at all." The patient is currently on BuSpar, Zyprexa, Remeron and trazodone for his anger issues. The patient feels these medications of not been effective for his anger issues. The patient feels that the Remeron and trazodone have been mildly helpful for his depression and sleep. We did discuss treatment options and plans. We talked about the pros and cons of treatment and the possible side effects of medications. The patient denies any history of any psychiatric hospitalizations. The patient states a history of 8 suicide attempts. The patient denies any history of outpatient mental health treatment. The patient states a history of 4 arrests.

**CHANGES IN MEDICAL STATUS:** *(lab work, etc.)*

NKDA. The patient states he is lactose intolerant.

**MENTAL STATUS EXAMINATION AND CHANGES:** *(Include stable/not stable, response or lack of response to treatment, improving (or not); decompensating)*

The patient is alert, active, verbal and cooperative. The patient denies any auditory or visual hallucinations. The patient does not exhibit any delusions. The patient denies any suicidal or homicidal ideation, intent or plan. The patient does not exhibit any symptoms of mania. The patient denies any symptoms of anxiety or of panic. The patient denies any symptoms of depression. The patient complains of chronic anger/rage episodes.

**ASSESSMENT OF SUICIDE RISK:** *(Describe suicide risk warning signs/triggers (IS PATH WARM, Prison Based or Individual) which are present or indicate none are present)*

No acute warning signs of suicide.

**ASSESSMENT/CURRENT DIAGNOSTIC IMPRESSION/PLAN:** *(Include changes to diagnoses and/or treatment options. Indication for each psychiatric medication must be documented here, below in the Medication section or in the Physician Orders):*

The patient complains of chronic anger/rage episodes which will be treated with Tegretol. The patient feels that the Remeron and trazodone have been mildly effective for his depressive symptoms and we will continue it at these doses. We will continue supportive therapy to help treat his anger/rage episodes. We will continue to teach him new coping strategies. We will observe for any behavioral changes.

## PSYCHIATRIC PROGRESS NOTE

| Patient's Name (Last, First, M.I.)<br>Robinson, Latee | DIN#06A 1498 | C#192008 |
|---|---|---|

| ( Continuation) |
|---|

**MEDICATIONS:**

**List of all current psychiatric and medical medications:** *(Include all current medications from transferring unit/facility including medical meds at the first visit after transfer. For subsequent notes, list all psychiatric meds and any <u>changes</u> to medical meds made since admission to this unit). Include dose and frequency for each psychiatric medication listed.*

            <u>Psychiatric Medications:</u>

1. Stop BuSpar, Zyprexa and Remeron

2.        Continue trazodone 300 mg PO in PM until 01 – 17 – 2016

3.        Start Remeron 45 mg    PO in PM until 01 – 17 – 2016

4.        start Tegretol 20 mg PO b.i.d. until 01 – 17 – 2016 (Tegretol blood levels ordered)

            <u>Medical Medications:</u>

1. Prilosec, lactase, Norvasc, Lipitor, Vasotec, hydrochlorothiazide

2.

3.

4.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**MEDICATION EDUCATION PROVIDED:** *(check when provided):* ____X_____

**ADDITIONAL INFORMATION:**
**Based on new information all previous diagnoses will be deleted. The new diagnoses are intermittent explosive disorder and ASPD.**

**FOLLOW UP** *(Indicate next appointment):*
 **4 to 6 weeks and PRN**

**SIGNATURE/TITLE:** *José González* 10 – 19 – 2015 VTC

         José González, MD   Psychiatrist II

356 MED CNYPC (7/14)

| | |
|---|---|
| **PSYCHIATRIC PROGRESS NOTE** | Patient's Name: *(Last, First, M.I.)*   C#:<br>Robinson, Latee   192008<br>Date of Birth:   DIN#:<br>04 – 23 – 1978   06A 1498<br>Unit/ Ward:<br>Southport correctional facility<br>Facility Name: CENTRAL NEW YORK PSYCHIATRIC CENTER |

| **Instructions:** | Completed when indicated by the prescriber. Enter date and time of service. Document program ( ie RCTP, ICP etc.) if in outpatient service. |
|---|---|

| **Date & Time** | **Program** | |
|---|---|---|
| 12 – 07 – 2015<br>VTC | **SHU** | **MED15 DIAGNOSES:**<br>**Mental Health: IED, ASPD**<br><br>**Physical Health: lactose intolerant**<br><br>**CHIEF COMPLAINT AND CURRENT ISSUES**: *(Include complaints, preoccupations, worries, issues, etc.)*<br><br>The patient was a no-show for his psychiatric appointment due to DOCCS security issues. We will reschedule another psychiatric appointment as soon as possible. The patient is currently on trazodone 300 mg PO in PM, Remeron 45 mg PO in PM and Tegretol 200 mg PO b.i.d. until 01 – 17 – 2016.<br><br>*Jose Gonzalez MD*<br><br>**CHANGES IN MEDICAL STATUS:** *(lab work, etc.)*<br><br>**MENTAL STATUS EXAMINATION AND CHANGES**: *(Include stable/not stable, response or lack of response to treatment, improving (or not); decompensating)*<br><br>**ASSESSMENT OF SUICIDE RISK:** *(Describe suicide risk warning signs/triggers (IS PATH WARM, Prison Based or Individual) which are present or indicate none are present)*<br><br>**ASSESSMENT/CURRENT DIAGNOSTIC IMPRESSION/PLAN:** *(Include changes to diagnoses and/or treatment options. Indication for each psychiatric medication must be documented here, below in the Medication section or in the Physician Orders):*<br><br>**MEDICATIONS:**<br>**List of all current psychiatric and medical medications:** *(Include all current medications from transferring unit/facility including medical meds at the first visit after transfer. For subsequent notes, list all psychiatric meds and any <u>changes</u> to medical meds made since admission to this unit). Include dose and frequency for each psychiatric medication listed.*<br><br>       **Psychiatric Medications:**<br>      1.<br>      2.<br>      3.<br>      4. |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**OMH-PHI**

## PSYCHIATRIC PROGRESS NOTE

| Patient's Name (Last, First, M.I.) | DIN# | C# |
|---|---|---|
| | | |

| | ( Continuation) |
|---|---|

**Medical Medications:**

1.

2.

3.

4.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**MEDICATION EDUCATION PROVIDED:** *(check when provided):* _____

**ADDITIONAL INFORMATION:**

**FOLLOW UP** *(Indicate next appointment):*

**SIGNATURE/TITLE:** _____

José González, MD   Psychiatrist II

356 MED CNYPC (7/14)

| **PSYCHIATRIC PROGRESS NOTE** | Patient's Name: *(Last, First, M.I.)*      C#:<br>Robinson, Latee      19 2008<br>Date of Birth:      DIN#:<br>04 – 23 – 1978      06A 1498<br>Unit/ Ward:<br>Southport correctional facility<br>Facility Name: CENTRAL NEW YORK PSYCHIATRIC CENTER |
|---|---|

| Instructions: | Completed when indicated by the prescriber. Enter date and time of service. Document program ( ie RCTP, ICP etc.) if in outpatient service. |
|---|---|

| Date & Time | Program | |
|---|---|---|
| 12 – 14 – 2015<br>VTC | SHU | **MED15 DIAGNOSES:**<br>**Mental Health: IED, ASPD**<br><br>**Physical Health: lactose intolerance** |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**CHIEF COMPLAINT AND CURRENT ISSUES:** *(Include complaints, preoccupations, worries, issues, etc.)*

"I still feel angry at times." The patient is currently on trazodone, Remeron and Tegretol. The patient feels he is still having anger/rage episodes and that the Tegretol is not fully effective. We did discuss treatment options and plans. We talked about the pros and cons of treatment and the possible side effects of medications. On 10 – 27 – 2015 the patient's Tegretol level was 7.3.

**CHANGES IN MEDICAL STATUS:** *(lab work, etc.)*

None

**MENTAL STATUS EXAMINATION AND CHANGES:** *(Include stable/not stable, response or lack of response to treatment, improving (or not); decompensating)*

The patient is alert, active, verbal and cooperative. The patient denies any auditory or visual hallucinations. The patient does not exhibit any delusions. The patient denies any suicidal or homicidal ideation, intent or plan. The patient does not exhibit any symptoms of mania. The patient denies any symptoms of anxiety or of panic. The patient denies any symptoms of depression. The patient complains of anger/rage episodes.

**ASSESSMENT OF SUICIDE RISK:** *(Describe suicide risk warning signs/triggers (IS PATH WARM, Prison Based or Individual) which are present or indicate none are present)*

No acute warning signs of suicide.

**ASSESSMENT/CURRENT DIAGNOSTIC IMPRESSION/PLAN:** *(Include changes to diagnoses and/or treatment options. Indication for each psychiatric medication must be documented here, below in the Medication section or in the Physician Orders):*

The patient feels that the trazodone and Remeron help treat his depressive symptoms and we will continue them at these current doses. The patient complains of anger/rage episodes which will be treated with an increase in the Tegretol as it is currently sub therapeutic. Tegretol blood level levels were ordered. We will continue supportive therapy to help treat his symptoms of depression and anger/rage episodes. We will continue to teach him new coping strategies. We will observe for any behavioral changes.

## PSYCHIATRIC PROGRESS NOTE

| Patient's Name (Last, First, M.I.)<br>Robinson, Latee | DIN#06A 1498 | C#192008 |
|---|---|---|
| | ( Continuation ) | |

**MEDICATIONS:**

**List of all current psychiatric and medical medications:** *(Include all current medications from transferring unit/facility including medical meds at the first visit after transfer.  For subsequent notes, list all psychiatric meds and any <u>changes</u> to medical meds made since admission to this unit). Include dose and frequency  for each psychiatric medication listed.*

<u>**Psychiatric Medications:**</u>

1.  Increase to Tegretol 400 mg PO in PM until 03 – 13 – 2016

2.  Continue Remeron 45 mg PO in PM until 03 – 13 – 2016

3.  Continue trazodone 300 mg PO in PM until 03 – 13 – 2016

4.  Tegretol blood levels ordered

<u>**Medical Medications:**</u>

1. Flexeril, Lipitor, Prilosec

2.

3.

4.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**MEDICATION EDUCATION PROVIDED:** *(check when provided):* _____X____

**ADDITIONAL INFORMATION:**

**FOLLOW UP** *(Indicate next appointment)*:
 4 to 6 weeks and PRN

**SIGNATURE/TITLE:** *(signature)* 12 – 14 – 2015 VTC

José González, MD   Psychiatrist II



**NEW YORK STATE OF OPPORTUNITY.** | **Central New York Psychiatric Center**

| **ANDREW M. CUOMO** | **ANN MARIE T. SULLIVAN, M.D.** | **DEBORAH J. MCCULLOCH** |
|---|---|---|
| Governor | Commissioner | Executive Director |

July 15, 2016

Mr. Latee Robinson
DIN# 06A1498
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

Dear Mr. Robinson:

Your letters dated May 22, 2016 and June 1, 2016 addressed to Central New York Psychiatric Center was forwarded to this department for review and response. We appreciate you sharing your concerns with us, and we have looked into your specific complaints.

Consultation with OMH staff at Southport CF revealed that your request to review your records has recently been addressed. Your treatment team informed us that you have received a copy of your chart as well as the recent notes you were requesting to see.

We believe the information above addresses your noted concerns. Any further concerns you may have can be forwarded to this department for review and response. Thank you.

Sincerely,

Meaghan Bernstein, MA
Risk Management Specialist

CC: Unit Chief Southport CF
      File

---

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

Case 1:16-cv-00351-FPG-MJR   Document 13   Filed 07/28/16   Page 53 of 71



## Superando El Momento

# Prevención de Suicidios
### en Las Cárceles

**New York State**
**omh**
Office of Mental Health

Preparado por el
**Centro Psiquiátrico de Central New York**
**División de Servicios Forenses**
**Oficina de Salud Mental**
**del Estado Nueva York**
en colaboración con
el personal y los reclusos del
**Centro Correctional de Elmira**

---

amenazado sin muchas posibilidades de mejoría? Quizás como tú, para muchas personas estos sentimientos surgen del hecho de estar encarcelados, por la muerte de algún familiar, la ruptura de una relación íntima, conflictos con otros reclusos o por un sinnúmero de otras razones.

Es importante y a veces muy difícil buscar ayuda en estos momentos. Cuando te sientas sin aliento, no necesitas oír un sermón o cosa que te desanime más. Necesitas a alguien que te escuche con el respeto que tú te mereces.

---

*¡Nosotros tenemos una persona con quien puedes hablar y que puede ayudarte a manejar tu crisis!*

---

Esta es la forma de obtener ayuda:

Haz una cita para hablar con un profesional de salud mental. Escribe la siguiente información en una hoja de citas y diríjala a Salud Mental:

Nombre:
Ubicación de la Celda:
DIN:
Fecha:

---

*¡Es importante que sientas que tienes a alguien que te puede dar esperanza!*

---

## Cómo Reconocer Una Crisis

Las personas que han experimentado una crisis pueden haber intentado ya resolver sus problemas de todas las formas que han creído posible. Pero nada parece funcionar. Ellos pueden empezar a sentirse desesperanzados e inadaptados. Esto los asusta mucho. De hecho, algunas personas pueden hacer lo imposible para escapar de esto.

Desafortunadamente, muchas personas sienten que tienen que resolver sus problemas solos. Al creer que nada de lo que han tratado vale la pena, pueden tratar hacerse daño.

Esto puede deberse a que se encuentran tan metidos en sus problemas que no ven sus alternativas. Es por esto que un compañero de confianza o un consejero adiestrado de salud mental puede se útil.

---

## Indicios del Suicidio

Las personas encuentran muchas maneras de decirles a otras cuánto sufren. Estas son algunas de las cosas que usted podría oír:
- No aguanto más.
- No importará pronto.
- ¡Total, si no valgo nada!
- Mis familiares estarían mejor sin mí.

La gente puede comportarse de la siguiente manera cuando se sienten tan mal que desean intentar suicidarse:
- Descuidar su apariencia o salud.
- Siempre están irritados o muy cansados.
- Alejarse de los amigos y compañeros.
- Sentirse nerviosos, inquietos o molestos sin motivo alguno.
- Hablar sobre la muerte.
- Cortarse o quemarse a sí mismos.
- Guardar pastillas u otros medicamentos.
- Cambio en el nivel usual de actividad.
- Regalar posesiones.
- No ducharse ni ir a recreación.

Las personas que hace cualquier número de estas cosas pueden estar experimentando problemas emocionales y pueden estar pensando en suicidarse. De ser así, necesitan acceso a ayuda. Usted puede ayudarlos a conseguir esa ayuda.

## Qué Puedes Hacer Por Los Demás:

1. Mantener la calma.
2. Mostrar preocupación.
3. Escuchar con respeto.
4. No dar consejos que puedan hacerlos sentirse peor.
5. Dígale al oficial o a cualquier otro miembro del personal que un recluso necesita ver a un consejero para ayuda.

## Lo Que Puede Hace Por Sí Mismo:

Si está experimentando una crisis a está pensando en hacerse daño a sí mismo, hable con cualquier miembro del personal inmediatamente para recibir ayuda. No espere.

---

*¡La peor ayuda es la que no se pide!*



# Suicide Prevention for People in Prison

## Living Through It



Developed by
NYS Office of Mental Health
Bureau of Forensic Services
Central New York Psychiatric Center
in collaboration with
the Staff and Inmates of
Elmira Correctional Facility

---

It may be they are standing too close to their problem to see their choices. This is why a trusted associate or a trained mental health counselor can be helpful.

Unfortunately, many people feel that they have to solve their problems alone. Not seeing anything worthwhile from what they have already tried, they may try to hurt themselves.

## How to Recognize a Crisis

People who experience a crisis may have already tried everything they can think of to solve their problem. Nothing seems to work. They may begin to feel hopeless and inadequate. This can be really scary. In fact some people may do almost anything to escape it.

---

*Feeling like you have someone to talk with gives hope!*

Name:

Cell Location:

DIN:

Date:

---

*We offer you someone to talk to,
someone to help you cope with your crisis!*

Here is how to get that helping hand:

Make an appointment to talk to a mental health clinician. Print the following information on a call slip and address it to *Mental Health*:

---

Reaching out is very important at times like this and is often very difficult. When you feel low, you don't need a lecture or advice that feels like a put down. You need someone who can listen to you with respect.

Feeling depressed, lonely, scared, labeled/threatened without much hope for change? For many people, perhaps like yourself, these feelings may be due to incarceration, loss of a family member, the break-up of a close relationship, conflicts with other inmates or one of any number of reasons.

---

## Clues To Suicide

People find many ways of telling others how much they hurt. These are some of the things you may hear:

- I can't take it any more.
- It won't matter soon.
- I'm no good anyway.
- My family would be better off without me.

These are some of the behaviors of people who hurt so much they may want to attempt suicide:

- Neglect of appearance or health.
- Always irritable or unusually tired.
- Drawing away from friends or associates.
- Sudden edginess or restlessness or anger.
- Talking of death or dying.
- Cutting or burning oneself.
- Collecting pills or other medications.
- Change in usual level of activity.
- Giving away possessions.
- No longer showering or going to recreation.

People who are doing any combination of these things may be experiencing emotional problems. They may be thinking of suicide. If so, they need access to help. You can assist them in getting that help.

## What You Can Do For Others:

1. Stay Calm.
2. Show concern.
3. Listen with respect.
4. Don't give advice that sounds like a put down.
5. Tell someone, a CO, nurse or any other staff member that an inmate needs to see a counselor for help.

## What You Can Do For Yourself:

If you are experiencing a crisis or thinking of harming yourself, contact any member immediately for assistance. Don't w

*Help not asked for is no help at all!*

Affidavit of Service

State of New York)

County of Chemong) ss?

I Anthany Gonzalez DIN# **13A5113**. Am An Sworn Witness On Behalf
for Complainee Latee Robinson DIN#06A1498. I Am A Witness That Psychiatrist
Doctor Jose Gonzalez Will Tell Me If I should Receive Negative side Effect by
Medications to Report Mental Health staff or Medical Register Nurses or any security
and Correctional officers When I was on the Mental Health case load. When
I was on Psychiatric Medications and Medical Register Nurses would say It's
The Psychiatrist Doctor Order Not to stop Taking Psychiatric Medication while I
um In Custody Here At Southport C.F. And on the Case load of Mental Health
it Southport C.F.

Date:

Travis Micheler
Notary Public
State of New York
Schuyler County  No. 01MI6330465
Commission Expires 09/14/2019

Anthony Gonzalez DIN#13A5113
Southport C.F.

Sworn To Before Me on

This ___6___ Day of

P.O. BOX 2000

Pine City, N.Y. 14871-2000

___Jun___ 20_16

Notary Public

Affidavit Of Service

State Of New York)
County Of Chemung)ss:

I, Terrill Jewell Din #: 10A2229, Am An Sworn Witness
On Behalf For Complainee Latee Robinson Din#: 06A1498. I Am
A Witness That Psychiatrist Doctor Jose Gonzalez Will Tell
Me If I Should Receive Negative Side Effect By Medications
To Report To Mental Health Staffs Or Medical Register Nurses
Or Any Security And Correctional Officers When I Was On The
Mental Health Case Load When I Was On Psychiatric Medicat-
ions An It Was Days I Didn't Take Psychiatric Medications And
Medical Register Nurses Would Say It's The Psychiatrist Doctor
Order Not To Stop Taking Psychiatric Medications While I Am
In Custody Here At Southport C.F. And On The Case Load Of
Mental Health At Southport C.F.

Date: ▓▓▓▓ June 28, 2016

Travis Micheler
Notary Public
State of New York
Schuyler County   No. 01MI6330466
Commission Expires 09/14/2019

Terrill Jewell
Terrill Jewell Din#: 10A2229
Southport C.F.
P. O. Box 2000
Pine City, N.Y. 14871-2000

Sworn To Before Me On
This 28th Day Of
June 2076
Notary Public

AffiVadict of Service

State of New York)
County of Chemung ) ss:

I am an Sworn Witness Daquan Hynes 15A0208
For behalf of Complainee Latee Robinson 06A1498.
I, Daquan Hynes 15A0208 an Inmate on the Case load
Office of Mental Health here at SouthPort C.F.
When I Want to Commit Suicide, I report
to correctional Officers, and they would
annoy me, not taking me seriously, So I
Wrote a Correspondence letter Complaint to the
Office Mental Health SouthPort C.F. against
Correctional Officers.



Daquan Hynes
15A0208
Daquan Hynes 15A0208

Notary Public



Travis Michele?
Notary Public
State of New York
Schuyler County   No. 01MI6335045
Commission Expires 03/14/2020

6/28/16

# AFFIDAVIT OF SERVICE

I, Siul Gonzalez make this statement and notary to support prisoner Latee. Robinson #06A1498 complainted from october 2015 to december 14-2015 when we was house at B-block I witness Siul Gonzalez house B-11-16 cell hear Latee. Robinson house B-11-20 cell complainted suffering n Pains sores in mooth on lips, on tongue, on genital, rash all over body, itchingness all over body, feeling Pains in hand oack, neck, migraine, off/on suicidual throughts. Feeling unable to drink, unable to see clearly, unable to write, unable to eat and starving everyday. every night to B-block 11. gallery correctional officers, medical register nurses, and sergeant staffs employeed to denied Latee Robinson to receive medical care service and mental health service here southport C.F. and I witness Siul Gonzalez was house C-10-13 cell next door to latee. Robinson from January 2016 to April 2016 about everyday complaining to suffer Pain with his back, hands. neck, itchingness all over body and lost of taste and smell to the medical register nurses here southport C.F.

sworn to before me this
4 day of May 2016

Notary Public

Name _____ signature

Name Siul Gonzalez
Din# 06A2359
Southport Corr. Facility

UNITED states District Court western District
of New York
PRISONER AUTHORIZATION

Latee, Robinson plaintiff V. correctional officers John Doe
- Jane Doe et al, defendants, Civil Case No. 1:16-CV-3516-FPG
deadline date 7-27-16 I am requesting to reopen my civil
case No. aboved. because delay not my FAULT because of Defendents
Notice is hereby Given that this action will be dismissed unless
Plaintiff completes and returns this Authorization Form
to this court within Forty-Five (45) Days from the Date of
this Notice dated 6-27-16. The prison Litigation reform act I am
required to pay the Full Filing Fee when $350.00 and $50.00 dollars
administration Fee when bring a civil action. the court must assess
and collect payment until the entire Filing Fees has been paid no
matter what the outcome of the action.
I, Latee, Robinson, Latee. Robinson request and authorize the agency
holding me in custody to Send to the clerk of the United states district
court for the western district of New York, a certified copy of my prison
account Statement for the past six month and to calculate the
amounts specified by 28 U.S.C. 1915(b) to debuct those amounts from
prison trust Fund account or institutional equivalent to disburse
those amount to the u.s. district court western district of New York, This
authorization shall apply to any agency into whose custody I may be
transferred.                                    NYSID No. 7758674-H
7-24-16                                          Latee, Robinson #06A1498
                                                 Latee Robinson Southport
                                                 correctional facility p.o. Box
                                                 2000 pine city, NY 14871

United States District Court western district of New York

Latee. Robinson, #06A1498, plaintiff, pro-se

V.

Correctional officers John Doe - Jane Doe, sergeants John Doe, sergeant Edward, superintendent micheal Sheahan, Inmate Grievance program supervisors, H. Martin, S. King, Medical Doctor wesley Canfield, medical Physician assistant Ben oakes, medical physician assistant John Doe, medical register nurses Jane Doe - John Doe, acting commissioner anthony J. annucci, psychiatrist Doctor Jose Gonzalez, unit chief Dolly, clinician L MSW-2 Jane Doe, dermatalogist Jane Doe - John Doe, medical doctors John Doe each is sued in his/her persons, individuals, officials, capacities Defendants

AMENDED
Summons in a civil action

civil case No. 16-cv-3516-FPG
1. John Doe-Jane Doe correctional officers, Southport Correctional Facility p.o. Box 2000 pine city, NY 14871
2. John Doe Sergeants, Southport correctional facility p.o. Box 2000 pine city, NY 14871
3. Edward sergeant, Southport correctional facility p.o. Box 2000 pine city, NY 14871
4. micheal Sheahan, superintendent Southport Correctional Facility p.o. Box 2000 pine city, NY 14871
5. H. martin, Inmate Grievance program Supervisor, Southport Correctional Facility p.o. Box 2000 pine city, NY 14871
6. S. King, Inmate Grievance program supervisor Southport Correctional Facility p.o. Box 2000 pine city, NY 14871
7. welsey canfield Medical doctor medical dept, Southport correctional Facility p.o. Box 2000 pine city, NY 14871
8. Ben oakes medical physician assistant, medical dept Southport correctional facility p.o. Box 2000 pine city

1

9. John Doe medical physician assistant medical dept southport correctional facility p.o.Box 2000 pine city, NY 14871

10. Jane Doe - John Doe medical register nurses medical dept southport correctional facility p.o. Box 2000 pine city, NY 14871

11. anthony J. annucci, acting commissioner New York States department of corrections and community supervision the harriman state office campus Building 1220 washington Ave, Albany, NY 12226

12. Jose Gonzalez psychiatrist Doctor center New York psychiatric center p.o. Box 300 Marcy, NY 13303

13. Dolly unit chief, central New York psychiatric center mental health unit southport correctional facility 236 BoB masia drive p.o. Box 2000 pine city, NY 14871

14. Jane Doe clinician LMSW-2, central New York psychiatric center mental health unit southport correctional facility 236 BoB masia drive p.o. Box 2000 pine city, NY 14871

15. Jane Doe dermatalogist suny upstate medical university hospital 750 East adams street syracuse, NY 13210

16. John Doe dermatalogist, walsh RMU mohawk correctional facility 6514 Route 26, Rome, NY 13440.

17. John Doe medical doctors arnot ogden medical center 600 Roa Ave Elmira, NY 14905

18. John Doe medical doctors suny upstate medical university hospital 750 East adams street syracuse, NY 13210

19. supreme court Bronx county

20. New York county supreme

you are hereby summoned and required to serve on pro-se plaintiff Latee Robinson #06A1498 southport correctional facility p.o. Box 2000 pine city, NY 14871

2

AN answer to the complaint which is served on each
of you with this Amended civil summons No.16-cv-3516
-FPG within 20 days after service of this Amended
civil summons on each of you, exclusive of the day
of service. If you Fail to do so, judgment by default
Will be taken against each of you For the relief
demanded in my complaint. any answer that I serve
on the parties to this action must be Filed with the
clerk of this court western district within a
reasonable period of time after service


clerk of court

Date


Deputy clerk

3



Latee Robinson #06A1498
Southport Correctional Facility
P.O. Box 2000 pine city, NY 14871

USDC - W.D.N.Y.
JUL 28 2016
BUFFALO

SOUTHPORT
Correctional Facility

Clerk of office
United States district court
western district of New York,
2 niagara square Buffalo, ny
14202

CV 351

NEO-POST
07/27/2016
US POSTAGE $012.46
ZIP 14871
041M11274238